UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ____1:21-mj-03939-Reid____

UNITED STATES OF AMERICA,

v.

FERNANDO MENDOZA DURAN,
JHONDEIKE ORTIZ SALINES and
FRANCISCO MEJIA GARCIA,

        **Defendants.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes   X  No

2.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes   X   No

3.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY:   /s/ Yvonne Rodriguez-Schack_____
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Southern District of Florida
Florida Bar No.: 794686
99 Northeast 4th Street
Miami, Florida 33132-2111
305.961.9014
305.536.7213 Facsimile
Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.  1:21-mj-03939-Reid |
| FERNANDO MENDOZA DURAN, | ) | |
| JHONDEIKE ORTIZ SALINES and | ) | |
| FRANCISCO MEJIA GARCIA, | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about _September 20, 2021__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA SA Alec Sanchez
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this _____ day of October, 2021.

Date:  10/04/2021

_____
*Judge's signature*

City and state:  Miami, Florida

Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code.   I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against Fernando MENDOZA DURAN, Jhondeike ORTIZ SALINES, and Francisco MEJIA GARCIA for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about September 20, 2021, a Dominican Maritime Patrol Aircraft located a go-fast vessel (GFV) dead in the water approximately 104 nautical miles south of Santo Domingo, Dominican

1

Republic in international waters and upon the high seas. The GFV had three individuals on board, no indicia of nationality, two outboard motors, and a tarped forward bow. The USS SIOUX CITY, which was in the area, was diverted to investigate.  Once in the vicinity, USS SIOUX CITY launched their small boat with a boarding team. Upon arrival at the scene of the GFV, the boarding team found three individuals on board who were later identified as Fernando MENDOZA DURAN, Jhondeike ORTIZ SALINES, and Francisco MEJIA GARCIA.  MENDOZA DURAN identified himself as the master and made a claim of Colombian nationality for the vessel.  The boarding team did not observe any name on the GFV or any indicia of nationality.  The boarding team observed tan and white rectangular packages in the bow of the vessel. The master claimed that the vessel departed Colombia on September 18, 2021 and was in route to San Pedro, Dominican Republic.  MENDOZA DURAN stated the purpose of the voyage was drug smuggling.

4. Based on the MENDOZA DURAN's claim of Colombian nationality for the vessel, the Government of Colombia was contacted and responded they could neither confirm nor deny registry for the vessel. Based on the Government of Colombia's response, the GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States.  A full law enforcement boarding followed.

5. The USCG boarding team recovered a total of seventeen (17) bales consisting of approximately 497 kilograms of suspected cocaine.  Field tests were conducted on the contraband which yielded positive result for cocaine.   All three individuals, along with the suspected cocaine, were transferred to the USS SIOUX CITY.

6.  Based on the foregoing facts, I submit that probable cause exists to believe Fernando MENDOZA DURAN, Jhondeike ORTIZ SALINES, and Francisco MEJIA GARCIA did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the
requirements of Fed.R.Crim.P. 4.1 by FaceTime
this __4th__ day of October, 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3