**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20521-CR-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**JHONDEIKER ORTIZ SALINAS,**

    **Defendant.**

_____/

**<u>Sentencing Memorandum</u>**

The Defendant Jhondeiker Ortiz Salinas through undersigned Counsel respectfully files this Sentencing Memorandum and states as follows:

1.) **<u>AGE.</u>** Mr. Ortiz at the time of his arrest in the instant case was twenty-one years old.

2.) **<u>COOPERATION.</u>** Mr. Ortiz admitted to his involvement in the transportation of cocaine immediately at the time of his arrest and that cooperation has continued thorough out the pendency of this case to the present.

3.) **<u>RELATIONSHIP & CHILD.</u>** At the time that Mr. Ortiz became involved in this case his girlfriend of four years was four months pregnant. Mr. Ortiz has never met his now one year old daughter and this separation causes him great sadness. The child was born with underdeveloped lungs and had to be hospitalized for two and one half months. Happily the child is healthy now, but her condition at birth caused Mr. Ortiz increased anxiety.

4.) **FAMILY.** Mr. Ortiz was the only child of a union of a teen age mother and a father , which as the PSI reflects, was barely a presence in his life. His mother at his birth could not or did not want to raise him and thus full custody over him was given to his grandmother. The Defendant was not raised in the grinding poverty so common among the crews that man these small go fast boats. Nevertheless, he was raised by an elderly woman in difficult economic conditions and that is why he withdrew from high school one year short of graduation in order to find a job and assist his grandmother financially.

5.) **MEDICAL.** For a young man, Mr. Ortiz has been diagnosed with several worrisome medical issues. The most serious of these is a heart murmur which causes an irregular heartbeat. Even the lightest of physical exertions causes him to lose his breath. This condition, however, has not stopped him from working as an orderly throughout his incarceration at FDC. He is also a noted barber who cuts the hair of many of his fellow inmates.

6.) **ROLE.** Although the defendant has not moved this Honorable Court for a minor role reduction the undersigned counsel requests that the Court consider his role in the instant conspiracy in its 3553 analysis. Mr. Ortiz's role although essential to the conspiracy is still by any fair measurement at the bottom of the totem pole. He and other crew men on these rickety boats are expendable and that is why they are the ones that risk their lives on a dangerous journey on the open seas for meager wages while others behind the scenes profit millions of dollars. It is not inconsistent to view those like Mr. Ortiz as both guilty and exploited and we ask that the Court take his role into consideration in its ultimate sentencing decision.

7.) **<u>SAFETY VALVE.</u>** The Court should note that AUSA Yvonne Rodriguez-Schack has informed undersigned counsel and United States Probation Officer that Mr. Ortiz has met the "safety valve" requirements and the Probation Officer has confirmed that the Addendum to the PSI will reflect a recommended two level reduction. Thus, Mr. Ortiz' guidelines should reflect a total offense level of 31, criminal history 1,with a sentence range of 108 to 135 months.

The undersigned counsel respectfully requests that this Honorable Court consider a sentence of five years imprisonment as sufficient, but not greater than necessary given the nature and circumstances of the offense and the history and characteristics of the defendant and believes that such a sentence would provide just punishment to this defendant.

Respectfully submitted,

 /s/ Arnaldo Suri_____

Arnaldo J. Suri, Attorney

Florida Bar No. 445088

9745 SW 77TH ST

Miami, FL 33173

(305)785-8073

Fax (305)596-4515

Email Arnaldosuri@bellsouth.net
