UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  21-CR-20521-ALTMAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FRANCISCO MEJIA GARCIA,

      Defendant.

_____/

### DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Francisco Mejia Garcia, is to be sentenced after he pled guilty to a single count of conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. 70506(b).

### INTRODUCTION

Before the Honorable Court stands a father and a man alone in the United States of America.  Prior to this arrest, Mr. Mejia Garcia did not have any contacts with the criminal justice system.  Not here and not in his country, the Dominican Republic.

### A Downward Variance is Justified Under 18 U.S.C. § 3553

The Supreme Court, in *United States v. Booker*, 125 S. Ct. 738 (2005), modified 18 U.S.C. § 3553 (b) (1); the provision of the federal sentencing statute that made the Sentencing Guidelines mandatory.  It severed and excised 18 U.S.C. § 3553 (b) (1) from the Sentencing Reform Act of 1984 and in doing so, effectively made the Guidelines advisory.  Nevertheless, the modification still requires a sentencing court to consider the sentencing range contained within the Sentencing Guidelines.  However, the modification allowed the sentencing court to

tailor a Defendant's sentence, in light of other statutory concerns.  As set forth below, an analysis of the section 3553 factors favors a minimal sentence.

### Nature and Circumstance of the Offense

Mr. Mejia Garcia is one of three men accused in this case.  The men were spotted while aboard a vessel in the Caribbean Sea.  The United States Navy, via the USS Sioux City, deployed its small boats to investigate the vessel.   All three men were discovered aboard and eventually detained.  A search of the vessel revealed 17 bales of cocaine that weighed 418 kilograms.

### History and Characteristics of the Defendant

### Kids don't dream of growing up to board a vessel with cocaine but kids do dream of becoming professional baseball players.

Francisco Mejia Garcia was born in Santo Domingo, Dominican Republic.    It is a country that produces great baseball players.  Baseball is part of the Dominican culture.  When he was a child, from the ages of eight to 17, he played third base and aspired to make it to Major League Baseball (MLB).  He recalls that he idolized then Chicago Cub, Sammy Sosa who at the time was chasing the MLB homerun record along with St. Louis Cardinal, Mark McGwire.  However, his dream ended at the age of 17 when he fractured a toe on his left foot and never fully recovered.  The next year, when he turned 18, he stopped baseball practice and went to work.  He went to work on yachts as a deckhand and did whatever job he was asked on yachts.

### Mr. Mejia Garcia did not do this to become a rich narco-trafficker, he did it to feed his children

Before he was detained in this case, Mr. Mejia Garcia worked in the trucking business with his cousin.  He also helped his cousin move and off load containers.  But he didn't earn enough to feed his children and would often ask his mother to lend him money to buy clothes or food.   He is a father to five children: three boys and two girls.  The idea of traveling to

Colombia to transport cocaine to the Dominican Republic came from a friend that Mr. Mejia Garcia met when he worked on yachts.  Initially, he declined the offer.   However, when Mr. Mejia Garcia saw that his children struggled for food and clothes he could not say no a second time.

**Then Need for Sentence to be Imposed to Reflect the Seriousness
of the Offense and to Promote Respect for the Law**

Mr. Mejia Garcia recognizes that what he did was illegal, that it was wrong and that he will be punished.   As a result of his actions, he has been without his family for more than a year and a half, imprisoned in a foreign country.  He is their bread winner, he is their son and he is their father.  In short, Mr. Martan has learned great respect for the law of the United States of America.

**To Afford Adequate Deterrence of Criminal Conduct**

Mr. Mejia Garcia was detained in the Caribbean Sea and for month afterward, he remained at sea while he was transported to various ships until he was brought to the Southern District of Florida.  He has remained in federal custody since October 2021.    He is miles away from his family.  He is here alone and has, at most, $307 to his name in his commissary account at Miami FDC.   He stands to serve years in a federal prison.  Mr. Mejia Garcia can only speak for himself: he will never do this again and has no plans on a return to the United States.

**To Protect the Public from Further Crimes of the Defendant**

Mr. Mejia Garcia does not have criminal priors.  He also does not have criminal priors in Dominican Republic.  He is not a narco-trafficker.   He is a poor laborer who, out of necessity to help family, made a wrong choice.   Ironically, he was never paid the money that he was promised.  Instead he paid with 16 months of his freedom and stands to pay with more.

The drugs in this case, did not belong to Mr. Mejia Garcia.  To the true owners of the cocaine, he was expendable.   He was an easy target; he took the fall but they got away.  The United States can be assured that Mr. Mejia Garcia, once he completes his sentence, will not return.  When asked what he misses the most, he replied, "My mother."

**Defendant Moves for a Downward Variance**

The Presentence Investigation Report (PSR) states that Mr. Mejia Garcia's total base offense level is 31.  It also states that he has a total of zero criminal history points.  Thus, pursuant to the Federal Sentencing Guidelines, his sentence range is from 108-135 months.  In addition, he has an immigration detainer.  In this case he faces a 10 year mandatory minimum prison sentence.  He did qualify for safety valve.

It should be noted that at an offense level 31, Mr. Mejia Garcia is scores higher than offenders who have committed acts far more egregious than his offense.  It places him on a higher level as someone who, pursuant to United States Sentencing Guidelines:

- Assaults with intent to Commit Murder; Attempted Murder. §2A2.1(a)(2)(offense level 27)

- Commits aggravated assault, the assault involved more than mere planning and a firearm was discharged. §2A2.2(a)(b)(1)(2)(offense level 21)

In light of the aforementioned reasons, the defense respectfully request that the Court vary from the Guidelines and issue a minimal sentence.  Once Mr. Mejia Garcia serves his prison sentence he will return to the Dominican Republic and will reunite with his family.   He does not have family nor does he have a friend in the United States.  He will pay his debt and he will then go home.

Respectfully submitted,

OMAR A. LOPEZ, P.A.
848 Brickell Avenue, Suite 602
Miami, FL 33131
T:305.789.4430
F:305.503.9521
Email: omar@omarlopezlaw.com

By: <u>Omar A. Lopez</u>
   Omar A. Lopez, Esquire
   Florida Bar No. 017870

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 2nd day of February 2023, furnished to all interested parties via the CF/ECF filing system.

<u>Omar A. Lopez, Esquire</u>
Omar A. Lopez, Esquire